UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973- 297-4887

July 3, 2018

# LETTER ORDER

Re: *Lee v. A to Z Trading LLC et al*
    <u>Civil Action No. 12-4624 (ES) (MAH)</u>

Dear Counsel:

    Pending before the Court is Plaintiff's motion for default judgment against Defendant A to Z Trading LLC. (D.E. No. 59).

    Default judgment is an extreme sanction. *See Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 867-68 (3d Cir. 1984) (citing *Nat'l Hockey League v. Metro. Hockey Club, Inc.*, 427 U.S. 639, 643 (1976)). Courts generally should avoid default judgment in favor of reaching the merits. *See Zawadski de Bueno v. Bueno Castro*, 822 F.2d 416, 420 (3d Cir. 1987). Consequently, where "default is entered against [only] some defendants in a multi-defendant case, the preferred practice is for the court to withhold granting default judgment until the action is resolved on its merits against non-defaulting defendants." *Animal Sci. Prods., Inc. v. China Nat'l Metals & Minerals Imp. & Exp. Corp.*, 596 F. Supp. 2d 842, 849 (D.N.J 2008) (citing *Frow v. De La Vega*, 82 U.S. 552 (1872)).

    Here, Defendant Abderrazak Zakaria has been litigating this matter on its merits. Accordingly, the Court withholds granting default judgment against Defendant A to Z Trading LLC. *See Animal Sci. Prods.*, 596 F. Supp. 2d at 849. Plaintiff's motion for default judgment is DENIED *without prejudice*.

    The Clerk of Court shall TERMINATE docket entry number 59.

    **SO ORDERED.**

                                        <u>*s/Esther Salas*</u>
                                        **Esther Salas, U.S.D.J.**